ARTHUR F. ENGEL, Respondent, *v.* ANSCO PHOTO-PRODUCTS, INC., Appellant.

(Argued April 8, 1931; decided May 12, 1931.)

*Frank H. Hiscock* for appellant.

*Arthur F. Engel,* respondent in person.

Judgment in favor of plaintiff upon the second cause of action affirmed, with costs. Order granting a new trial as to the first and third causes of action affirmed and judgment absolute ordered against appellant upon the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.